United States District Court
Southern District of Texas
**ENTERED**
October 06, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CARLOS ANTONIO GUERRERO IBARRA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-848 |
| | § | |
| WARDEN, PORT ISABEL SERVICE PROCESSING CENTER, *et al.*, | § | |
| | § | |
| | § | |
| Respondents. | § | |

**ORDER**

The Court has reviewed Petitioner Carlos Antonio Guerrero Ibarra's Verified Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 1) and determined that Petitioner's counsel is not admitted to practice in the Southern District of Texas. As a result, it is:

**ORDERED** that by no later than October 13, 2026, counsel for Petitioner shall file a Motion and Order for Admission *Pro Hac Vice*.

If Petitioner's counsel fails to file the Motion or otherwise demonstrates that counsel is admitted to practice in the Southern District of Texas, the Court will deny Petitioner Carlos Antonio Guerrero Ibarra's Verified Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 1).

Signed on October 6, 2026.

Fernando Rodriguez, Jr.
United States District Judge